Lena Finelite, Appellant, v. Alexander Finelite,

FIRST DEPARTMENT, NOVEMBER TERM, 1891.

Respondent. — Order affirmed, without costs. Opinion by Van Brunt, P. J.